IT IS HEREBY ORDERED THAT THE CONTENTS OF THIS ENVELOPE ARE SEALED AND SHALL REMAIN SEALED UNTIL FURTHER ORDER OF THE COURT.

12/12/05
DATE

S05-216 (AG/ka)
USAO SEALING NO.

1:05M148A

1